**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REYES, CATHERINE                                § Case No. 10-42888-BWB
                                                       §
                                                       §
                                                       §
Debtor(s)                                              §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15AM on 12/07/2012 in Courtroom        , United States Courthouse,
JOLIET CITY HALL
150 W. JEFFERSON
2ND FLOOR
JOLIET, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/29/2012            By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: REYES, CATHERINE § Case No. 10-42888-BWB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,000.23 |
| *and approved disbursements of* | $ 14,436.46 |
| *leaving a balance on hand of* [1] | $ 15,563.77 |
| **Balance on hand:** | $ 15,563.77 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,563.77 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,384.07 | 0.00 | 3,384.07 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 2,000.00 | 0.00 | 2,000.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 33.90 | 0.00 | 33.90 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,417.97 |
| Remaining balance: | $ 10,145.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,145.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,145.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,848.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ASSET ACCEPTANCE LLC ASSIGNEE VICTORIAS SECRET | 653.68 | 0.00 | 653.68 |
| 2 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB | 1,194.89 | 0.00 | 1,194.89 |

Total to be paid for timely general unsecured claims: $ 1,848.57
Remaining balance: $ 8,297.23

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 4,603.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Streamline Capital Partners | 2,595.47 | 0.00 | 2,595.47 |
| 4 | Catalyst Interventions | 2,007.60 | 0.00 | 2,007.60 |

Total to be paid for tardy general unsecured claims:  $  4,603.07
Remaining balance:  $  3,694.16

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  3,694.16

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $34.61.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $3,659.55.

**UST Form 101-7-NFR (10/1/2010)**

                                              Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                             Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                               Case No. 10-42888-BWB
Catherine Reyes                                                      Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-1         User: ahamilton              Page 1 of 3               Date Rcvd: Oct 30, 2012
                             Form ID: pdf006              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2012.
db           +Catherine Reyes,    21426 Georgetown Ct.,    Plainfield, IL 60544-6109
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
16183057     +AT & T,    PO Box 8212,    Aurora, IL 60572-8212
16183055     +Amsher Collection Serv,    600 Beacon Pkwy W Ste 30,    Birmingham, AL 35209-3114
16183059     +Brian S. Glass,    7366 N Lincoln Ave,    Suite 300,    Lincolnwood, IL 60712-1740
16183060     +Catalyst Interventions,    c/o Law office of Brian Glass,    PO Box 59440,    Chicago, IL 60659-0440
16183061     +City Colleges of Chicago,    Daley College,    7500 S. Pulaski Rd.,    Chicago, IL 60652-1299
16183062     +City of Chicago,    Bureau of Parking,    121 N La Salle St RM 107 A,    Chicago, IL 60602-1232
16183063      Continental Finance Company, LLC,    PO Box 30311,    Tampa, FL 33630-3311
16183065     +Harris & Harris Ltd,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
16183068     +Illinois Tollway,    ATTN: Violation Administration Cent,    2700 Ogden Ave.,
               Downers Grove, IL 60515-1703
16183070     +Keith Scott Shindler, Attorney,    1990 E ALGONQUIN#180,    Schaumburg, IL 60173-4164
16183071     +Loida Ticzon Perez, DMD,    5214 N. Western, Suite 303,    Chicago, IL 60625-2592
16183074      Pavilion Apartments,    3111 W Martin Luther Kin,    Tampa, FL 33607
16183077     +Streamline Capital Partners,    c/o Law Offices of Brian Glass,    PO Box 59440,
               Chicago, IL 60659-0440
16183078     +T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
16183079      TCF Bank,    PO Box 1501,    Minneapolis, MN 55480-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18419094     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 31 2012 02:01:01
               ASSET ACCEPTANCE LLC ASSIGNEE VICTORIAS SECRET,    PO BOX 2036,    WARREN MI 48090-2036
18419098     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 31 2012 02:01:01
               ASSET ACCEPTANCE LLC ASSIGNEE WFNNB,    PO BOX 2036,    WARREN MI 48090-2036
16183054     +E-mail/PDF: recoverybankruptcy@afninet.com Oct 31 2012 02:17:33     Afni, Inc.,
               Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
16183056     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 31 2012 02:01:01     Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
16183064     +E-mail/Text: bknotice@erccollections.com Oct 31 2012 03:23:13     Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16183067     +E-mail/Text: Bankruptcy@icsystem.com Oct 31 2012 03:22:32     I C System Inc,    Po Box 64378,
               Saint Paul, MN 55164-0378
16183069      E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Oct 31 2012 02:10:01     ISAC,    1755 Lake Cook Rd,
               Deerfield, IL 60015-5209
16183072     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2012 02:01:23     Midland Credit Management,
               Po Box 939019,    San Diego, CA 92193-9019
16183073     +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 31 2012 03:59:50     Nco Fin/27,
               Attn: Bankruptcy,    Po Box 15889,    Wilmington, DE 19850-5889
16183075     +E-mail/Text: rjm@ebn.phinsolutions.com Oct 31 2012 02:00:55     Rjm Acq Llc,
               575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
16183076     +E-mail/Text: bankruptcy@sw-credit.com Oct 31 2012 03:22:12     Southwest Credit Systems, L.P.,
               5910 W. Plano Parkway, Suite 100,    Plano, TX 75093-2202
                                                                                             TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Barry G Doyle
aty           Barry G. Doyle, P.C.
16183058     ##+Bank of America,    P.O. Box 2240,    Brea, CA 92822-2240
16183066     ##+Hudson & Keyse LLC,    382 Blackbrook Rd.,    Painesville, OH 44077-1294
16183080     ##+Washington Mutual,    PO Box 2437,    Chatsworth, CA 91313
                                                                                TOTALS: 2, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: ahamilton             Page 2 of 3                   Date Rcvd: Oct 30, 2012
                              Form ID: pdf006             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: ahamilton            Page 3 of 3                  Date Rcvd: Oct 30, 2012
                              Form ID: pdf006            Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2012 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee Thomas Sullivan lawyers@innovalaw.com
          David E Grochocinski    on behalf of Trustee Thomas Sullivan lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David P Lloyd    on behalf of Trustee Thomas Sullivan courtdocs@davidlloydlaw.com
          Kathleen M. McGuire    on behalf of Trustee Thomas Sullivan kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terrance S Leeders    on behalf of Debtor Catherine Reyes tleeders@leederslaw.com
          Thomas B Sullivan    tsullivan@innovalaw.com, IL19@ecfcbis.com
                                                                                             TOTAL: 7
```