## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: GREINER, JUSTIN | § | Case No. 10-48518-BWB |
| GREINER, STACEY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $195,689.09 *(without deducting any secured claims)* | Assets Exempt: $42,074.09 |
| Total Distribution to Claimants: $30,301.58 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $9,620.30 | |

3)  Total gross receipts of $ 155,000.00  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 115,078.12 (see **Exhibit 2**), yielded net receipts of $39,921.88 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 9,657.80 | 9,620.30 | 9,620.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 30,301.58 | 30,301.58 | 30,301.58 |
| **TOTAL DISBURSEMENTS** | $0.00 | $39,959.38 | $39,921.88 | $39,921.88 |

4)  This case was originally filed under Chapter 7 on October 29, 2010. The case was pending for 30 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2013          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ANNUITY /JG WENTWORTH | 1129-000 | 155,000.00 |
| **TOTAL GROSS RECEIPTS** | | $155,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STACEY GREINER | SURPLUS TO DEBTOR | 8200-002 | 35,000.00 |
| GREINER, JUSTIN | Dividend paid  69.60% on $115,040.62; Claim# SURPLUS; Filed: $115,040.62; Reference: | 8200-002 | 0.00 |
| STACEY GREINER | Dividend paid  69.60% on $115,040.62; Claim# SURPLUS; Filed: $115,040.62; Reference: | 8200-002 | 80,078.12 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $115,078.12 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INNOVALAW, PC | 3110-000 | N/A | 3,890.00 | 3,852.50 | 3,852.50 |
| INNOVALAW, PC | 3120-000 | N/A | 118.03 | 118.03 | 118.03 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 4,745.94 | 4,745.94 | 4,745.94 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 41.19 | 41.19 | 41.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.76 | 31.76 | 31.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 349.31 | 349.31 | 349.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 245.11 | 245.11 | 245.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 236.46 | 236.46 | 236.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,657.80 | $9,620.30 | $9,620.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 11,259.82 | 11,259.82 | 11,259.82 |
| 1I | Discover Bank | 7990-000 | N/A | 56.97 | 56.97 | 56.97 |
| 2 | Capital Recovery IV LLC | 7100-000 | N/A | 9,057.40 | 9,057.40 | 9,057.40 |
| 2I | Capital Recovery IV LLC | 7990-000 | N/A | 45.83 | 45.83 | 45.83 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,163.77 | 4,163.77 | 4,163.77 |
| 3I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 21.07 | 21.07 | 21.07 |
| 4 | FIA CARD SERVICES, N.A. | 7200-000 | N/A | 2,838.27 | 2,838.27 | 2,838.27 |
| 4I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 14.36 | 14.36 | 14.36 |
| 5 | FIA CARD SERVICES, N.A. | 7200-000 | N/A | 2,829.77 | 2,829.77 | 2,829.77 |
| 5I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 14.32 | 14.32 | 14.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $30,301.58 | $30,301.58 | $30,301.58 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-48518-BWB | **Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** GREINER, JUSTIN | **Filed (f) or Converted (c):** 10/29/10 (f) |
| GREINER, STACEY | **§341(a) Meeting Date:** 12/02/10 |
| **Period Ending:** 05/10/13 | **Claims Bar Date:** 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   1010 BRECKENRIDGE, SHERWOOD, IL | 186,250.00 | 0.00 | | 0.00 | FA |
| 2   CHECKING ACCOUNT | 724.09 | 0.00 | | 0.00 | FA |
| 3   HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4   BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 5   WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6   INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7   IRS TAX REFUND | 5,000.00 | 0.00 | | 0.00 | FA |
| 8   1996 CHRYSLER TOWN AND COUNTRY | 2,165.00 | 0.00 | | 0.00 | FA |
| 9   ANNUITY /JG WENTWORTH | Unknown | Unknown | | 155,000.00 | FA |
| **9    Assets   Totals** (Excluding unknown values) | **$195,689.09** | **$0.00** | | **$155,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

ATTEMPTING TO SELL ANNUITY; 1/9/13 SENT FINAL REPORT TO US TRUSTEE'S OFFICE

**Initial Projected Date Of Final Report (TFR):**    September 30, 2012    **Current Projected Date Of Final Report (TFR):**    January 29, 2013  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | | | |
|---|---|---|---|---|
| Case Number: | 10-48518-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Case Name: | GREINER, JUSTIN | | Bank Name: | The Bank of New York Mellon |
| | GREINER, STACEY | | Account: | 9200-******39-66 - Checking Account |
| Taxpayer ID #: | **-***0863 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/10/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/12 | {9} | JG WENWORTH | LIQUIDATION OF ANNUITY | 1129-000 | 155,000.00 | | 155,000.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.76 | 154,968.24 |
| 10/24/12 | 101 | STACEY GREINER | SURPLUS TO DEBTOR | 8200-002 | | 35,000.00 | 119,968.24 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 349.31 | 119,618.93 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 245.11 | 119,373.82 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 236.46 | 119,137.36 |
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033018088<br>20130103 | 9999-000 | | 119,137.36 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 155,000.00 | 155,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 119,137.36 | |
| Subtotal | 155,000.00 | 35,862.64 | |
| Less: Payments to Debtors | | 35,000.00 | |
| NET Receipts / Disbursements | $155,000.00 | $862.64 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-48518-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** GREINER, JUSTIN | **Bank Name:** Rabobank, N.A. |
| GREINER, STACEY | **Account:** ****668066 - Checking Account |
| **Taxpayer ID #:** **-***0863 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/10/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 119,137.36 | | 119,137.36 |
| 03/19/13 | 10102 | INNOVALAW, PC | Dividend paid 100.00% on $3,852.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,852.50 | 115,284.86 |
| 03/19/13 | 10103 | INNOVALAW, PC | Dividend paid 100.00% on $118.03, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 118.03 | 115,166.83 |
| 03/19/13 | 10104 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $4,745.94, Trustee Compensation; Reference: | 2100-000 | | 4,745.94 | 110,420.89 |
| 03/19/13 | 10105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $41.19, Trustee Expenses; Reference: | 2200-000 | | 41.19 | 110,379.70 |
| 03/19/13 | 10106 | Discover Bank | Dividend paid 100.00% on $11,259.82; Claim# 1; Filed: $11,259.82; Reference: | 7100-000 | | 11,259.82 | 99,119.88 |
| 03/19/13 | 10107 | Capital Recovery IV LLC | Dividend paid 100.00% on $9,057.40; Claim# 2; Filed: $9,057.40; Reference: | 7100-000 | | 9,057.40 | 90,062.48 |
| 03/19/13 | 10108 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $4,163.77; Claim# 3; Filed: $4,163.77; Reference: | 7100-000 | | 4,163.77 | 85,898.71 |
| 03/19/13 | 10109 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $2,838.27; Claim# 4; Filed: $2,838.27; Reference: | 7200-000 | | 2,838.27 | 83,060.44 |
| 03/19/13 | 10110 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $2,829.77; Claim# 5; Filed: $2,829.77; Reference: | 7200-000 | | 2,829.77 | 80,230.67 |
| 03/19/13 | 10111 | Discover Bank | Dividend paid 100.00% on $56.97; Claim# 1I; Filed: $56.97; Reference: | 7990-000 | | 56.97 | 80,173.70 |
| 03/19/13 | 10112 | Capital Recovery IV LLC | Dividend paid 100.00% on $45.83; Claim# 2I; Filed: $45.83; Reference: | 7990-000 | | 45.83 | 80,127.87 |
| 03/19/13 | 10113 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $21.07; Claim# 3I; Filed: $21.07; Reference: | 7990-000 | | 21.07 | 80,106.80 |
| 03/19/13 | 10114 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $14.36; Claim# 4I; Filed: $14.36; Reference: | 7990-000 | | 14.36 | 80,092.44 |
| 03/19/13 | 10115 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $14.32; Claim# 5I; Filed: $14.32; Reference: | 7990-000 | | 14.32 | 80,078.12 |
| 03/19/13 | 10116 | GREINER, JUSTIN | Dividend paid 69.60% on $115,040.62; Claim# SURPLUS; Filed: $115,040.62; Reference: Voided on 03/19/13 | 8200-002 | | 80,078.12 | 0.00 |
| 03/19/13 | 10116 | GREINER, JUSTIN | Dividend paid 69.60% on $115,040.62; Claim# SURPLUS; Filed: $115,040.62; Reference: Voided: check issued on 03/19/13 | 8200-002 | | -80,078.12 | 80,078.12 |

| | | |
|---|---|---|
| Subtotals : | $119,137.36 | $39,059.24 |

{} Asset reference(s)

Printed: 05/10/2013 09:30 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-48518-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | GREINER, JUSTIN | | Bank Name: | Rabobank, N.A. |
| | GREINER, STACEY | | Account: | ****668066 - Checking Account |
| Taxpayer ID #: | **-***0863 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/10/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/13 | 10117 | STACEY GREINER | Dividend paid  69.60% on $115,040.62;<br>Claim# SURPLUS; Filed: $115,040.62;<br>Reference: | 8200-002 | | 80,078.12 | 0.00 |

| | | | | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|
| | ACCOUNT TOTALS | | | 119,137.36 | 119,137.36 | $0.00 |
| | Less: Bank Transfers | | | 119,137.36 | 0.00 | |
| | Subtotal | | | 0.00 | 119,137.36 | |
| | Less: Payments to Debtors | | | | 80,078.12 | |
| | NET Receipts / Disbursements | | | $0.00 | $39,059.24 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******39-66 | 155,000.00 | 862.64 | 0.00 |
| Checking # ****668066 | 0.00 | 39,059.24 | 0.00 |
| | $155,000.00 | $39,921.88 | $0.00 |

May 10, 2013 _____  /s/ THOMAS B. SULLIVAN, TRUSTEE

Date                        THOMAS B. SULLIVAN, TRUSTEE