## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: REYES, CATHERINE              § Case No. 10-42888-BWB
                                     §
                                     §
                                     §
Debtor(s)                            §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,000.00                    Assets Exempt: $6,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,982.38     Claims Discharged
                                               Without Payment: $0.00

Total Expenses of Administration: $18,439.43

---

3) Total gross receipts of $ 30,000.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,578.42 (see **Exhibit 2**), yielded net receipts of $25,421.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $495.00 | $495.00 | $495.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,359.43 | 18,439.43 | 18,439.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 6,487.38 | 6,487.38 | 6,487.38 |
| **TOTAL DISBURSEMENTS** | $0.00 | $26,341.81 | $25,421.81 | $25,421.81 |

   4) This case was originally filed under Chapter 7 on September 24, 2010. The case was pending for 34 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2013          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI ICASE/GALLERY OF HAIR | 1242-000 | 30,000.00 |
| Interest Income | 1270-000 | 0.23 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| REYES, CATHERINE | Dividend paid 100.00% on $4,578.42; Claim# SURPLUS; Filed: $4,578.42; Reference: | 8200-002 | 0.00 |
| REYES, CATHERINE | Surplus to debtor | 8200-002 | 4,578.42 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,578.42** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DR. MERLITA CRUZAT-BLANCO | 4220-000 | N/A | 495.00 | 495.00 | 495.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$495.00** | **$495.00** | **$495.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 3,384.07 | 3,384.07 | 3,384.07 |
| INNOVALAW, PC | 3110-000 | N/A | 2,000.00 | 1,080.00 | 1,080.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| INNOVALAW, PC | 3120-000 | N/A | 33.90 | 33.90 | 33.90 |
| BARRY DOYLE | 3210-600 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| BARRY DOYLE | 3220-610 | N/A | 3,639.04 | 3,639.04 | 3,639.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.00 | 35.00 | 35.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 14.10 | 14.10 | 14.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.30 | 31.30 | 31.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.29 | 32.29 | 32.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.15 | 31.15 | 31.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.38 | 35.38 | 35.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.02 | 31.02 | 31.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.16 | 34.16 | 34.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.02 | 33.02 | 33.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$19,359.43** | **$18,439.43** | **$18,439.43** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ASSET ACCEPTANCE LLC ASSIGNEE VICTORIAS SECRET | 7100-000 | N/A | 653.68 | 653.68 | 653.68 |
| 1I | ASSET ACCEPTANCE LLC ASSIGNEE VICTORIAS SECRET | 7990-000 | N/A | 3.62 | 3.62 | 3.62 |
| 2 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB | 7100-000 | N/A | 1,194.89 | 1,194.89 | 1,194.89 |
| 2I | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB | 7990-000 | N/A | 6.62 | 6.62 | 6.62 |
| 3 | Streamline Capital Partners | 7200-000 | N/A | 2,595.47 | 2,595.47 | 2,595.47 |
| 3I | Streamline Capital Partners | 7990-000 | N/A | 14.38 | 14.38 | 14.38 |
| 4 | Catalyst Interventions | 7200-000 | N/A | 2,007.60 | 2,007.60 | 2,007.60 |
| 4I | Catalyst Interventions | 7990-000 | N/A | 11.12 | 11.12 | 11.12 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$6,487.38** | **$6,487.38** | **$6,487.38** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-42888-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** REYES, CATHERINE  **Filed (f) or Converted (c):** 09/24/10 (f)
 **§341(a) Meeting Date:** 10/28/10
**Period Ending:** 08/09/13  **Claims Bar Date:** 03/28/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | BOOKS, ETC | 700.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | MISC JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 2000 TOYOTA CELICA | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | PI ICASE/GALLERY OF HAIR (u) | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.23 | FA |
| 8 | Assets Totals (Excluding unknown values) | **$36,000.00** | **$30,000.00** | | **$30,000.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING BAR DATE TO PREPARE FINAL REPORT; 12/11/12 FINAL CHECKS DISBURSED; AWAITING CLEARANCE OF SAME TO PREPARE TDR

**Initial Projected Date Of Final Report (TFR):** March 31, 2012    **Current Projected Date Of Final Report (TFR):** October 29, 2012 (Actual)

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-42888-BWB  
**Case Name:** REYES, CATHERINE  
**Taxpayer ID #:** **-***2597  
**Period Ending:** 08/09/13  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/11 | | LAW OFC OF BARRY DOYLE | SETTLEMENT PROCEEDS | | 16,360.96 | | 16,360.96 |
| | {7} | LAW OFFICE OF BARRY DOYLE | MOTOR VEHICLE CLAIM   30,000.00 | 1242-000 | | | 16,360.96 |
| | | BARRY DOYLE | fees   -10,000.00 | 3210-600 | | | 16,360.96 |
| | | BARRY DOYLE | expenses   -3,639.04 | 3220-610 | | | 16,360.96 |
| 12/19/11 | 1001 | DR. MERLITA CRUZAT-BLANCO | PAYMENT OF LIEN | 4220-000 | | 495.00 | 15,865.96 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 15,866.06 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 15,841.06 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,841.19 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.00 | 15,806.19 |
| 02/14/12 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-42888, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 14.10 | 15,792.09 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.30 | 15,760.79 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.29 | 15,728.50 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.15 | 15,697.35 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.38 | 15,661.97 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.02 | 15,630.95 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.16 | 15,596.79 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.02 | 15,563.77 |
| 12/11/12 | 1003 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $3,384.07, Trustee Compensation; Reference: | 2100-000 | | 3,384.07 | 12,179.70 |
| 12/11/12 | 1004 | INNOVALAW, PC | Dividend paid 100.00% on $1,080.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,080.00 | 11,099.70 |
| 12/11/12 | 1005 | INNOVALAW, PC | Dividend paid 100.00% on $33.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 33.90 | 11,065.80 |
| 12/11/12 | 1006 | ASSET ACCEPTANCE LLC ASSIGNEE VICTORIAS SECRET | Dividend paid 100.00% on $653.68; Claim# 1; Filed: $653.68; Reference: | 7100-000 | | 653.68 | 10,412.12 |
| 12/11/12 | 1007 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB | Dividend paid 100.00% on $1,194.89; Claim# 2; Filed: $1,194.89; Reference: | 7100-000 | | 1,194.89 | 9,217.23 |
| 12/11/12 | 1008 | Streamline Capital Partners | Dividend paid 100.00% on $2,595.47; Claim# 3; Filed: $2,595.47; Reference: | 7200-000 | | 2,595.47 | 6,621.76 |
| 12/11/12 | 1009 | Catalyst Interventions | Dividend paid 100.00% on $2,007.60; Claim# 4; Filed: $2,007.60; Reference: | 7200-000 | | 2,007.60 | 4,614.16 |
| 12/11/12 | 1010 | ASSET ACCEPTANCE LLC ASSIGNEE VICTORIAS SECRET | Dividend paid 100.00% on $3.62; Claim# 1I; Filed: $3.62; Reference: | 7990-000 | | 3.62 | 4,610.54 |
| 12/11/12 | 1011 | ASSET ACCEPTANCE LLC | Dividend paid 100.00% on $6.62; Claim# 2I; | 7990-000 | | 6.62 | 4,603.92 |

Subtotals :    $16,361.19    $11,757.27

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-42888-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | REYES, CATHERINE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******70-65 - Checking Account |
| Taxpayer ID #: | **-***2597 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/09/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | ASSIGNEE WFNNB | Filed: $6.62; Reference: | | | | |
| 12/11/12 | 1012 | Streamline Capital Partners | Dividend paid 100.00% on $14.38; Claim# 3I; Filed: $14.38; Reference: | 7990-000 | | 14.38 | 4,589.54 |
| 12/11/12 | 1013 | Catalyst Interventions | Dividend paid 100.00% on $11.12; Claim# 4I; Filed: $11.12; Reference: | 7990-000 | | 11.12 | 4,578.42 |
| 12/11/12 | 1014 | REYES, CATHERINE | Dividend paid 100.00% on $4,578.42; Claim# SURPLUS; Filed: $4,578.42; Reference: Stopped on 03/14/13 | 8200-002 | | 4,578.42 | 0.00 |
| 03/14/13 | | TRANSFER TO 0001033018088 20130314 | TRANSFER TO 0001033018088 20130314 | 9999-000 | | ! 4,578.42 | -4,578.42 |
| 03/14/13 | 1014 | REYES, CATHERINE | Dividend paid 100.00% on $4,578.42; Claim# SURPLUS; Filed: $4,578.42; Reference: Stopped: check issued on 12/11/12 | 8200-002 | | -4,578.42 | 0.00 |
| | | | ACCOUNT TOTALS | | 16,361.19 | 16,361.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,578.42 | |
| | | | **Subtotal** | | 16,361.19 | 11,782.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,361.19** | **$11,782.77** | |

{} Asset reference(s)  !-Not printed or not transmitted  Printed: 08/09/2013 11:32 AM   V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-42888-BWB  
**Case Name:** REYES, CATHERINE  

**Taxpayer ID #:** **-***2597  
**Period Ending:** 08/09/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)  Printed: 08/09/2013 11:32 AM  V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-42888-BWB
**Case Name:** REYES, CATHERINE

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ****677265 - Checking Account

**Taxpayer ID #:** **-***2597
**Period Ending:** 08/09/13

**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,578.42 | | 4,578.42 |
| 03/18/13 | 11015 | REYES, CATHERINE | Surplus to debtor | 8200-002 | | 4,578.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,578.42 | 4,578.42 | $0.00 |
| | | | Less: Bank Transfers | | 4,578.42 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,578.42 | |
| | | | Less: Payments to Debtors | | | 4,578.42 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******70-65** | 16,361.19 | 11,782.77 | 0.00 |
| **Checking # 9200-******70-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ****677265** | 0.00 | 0.00 | 0.00 |
| | $16,361.19 | $11,782.77 | $0.00 |

August 9, 2013
_____
Date

/s/ THOMAS B. SULLIVAN, TRUSTEE
_____
THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)

Printed: 08/09/2013 11:32 AM    V.13.13